UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV19-00793 JAK (GJSx) | Date | March 4, 2020 |
|---|---|---|---|
| Title | Brian Montgomery v. YRC, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On February 28, 2020, YRC, Inc. ("YRC") filed "Defendant's Report re: Status of Mediation or Settlement Conference" (the "Report"). Dkt. 39. In the Report, Defendant YRC maintains that Plaintiff has neither attempted to contact Defendant to discuss participating in a settlement conference/mediation nor responded to Defendant's many messages and communications intended to reach Plaintiff. *Id.* at 3-4. Plaintiff, who is self-represented, previously failed to update his mailing address on the docket, attend hearings, participate in the preparation of joint reports, or comply with other required elements of court orders. *See* Dkts. 17, 26, 33, 34, 38. As a result, Defendant Teamsters Local 63 was dismissed with prejudice. Dkt. 34. On December 20, 2019, an Order issued stating that any further failure by Plaintiff to participate in the preparation of joint reports would be deemed another failure to comply with court orders, and could result in the dismissal of the remaining claims and parties with prejudice, pursuant to Fed. R. Civ. P. 41(b) and L.R. 41-1. Dkt. 38.

In light of this procedural history, Plaintiff is ordered to show cause in writing why this action should not be dismissed for lack of prosecution and failure to comply with court orders. On or before March 23, 2020, Plaintiff shall file a declaration under penalty of perjury, presenting any explanation for the continued failure to comply with court orders. A hearing on the Order to Show Cause is set for March 30, 2020 at 11:30 a.m. Plaintiff's failure to file the declaration and to appear in person at the hearing will result in the dismissal of this action; provided, however, if upon reviewing any response, the Court determines and then issues a written order stating that the Order to Show Cause should be discharged, the hearing will be taken off calendar and no appearance would be required. Defendant YRC is invited,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV19-00793 JAK (GJSx) | Date | March 4, 2020 |
|---|---|---|---|
| Title | Brian Montgomery v. YRC, Inc., et al. | | |

but is not required, to attend the hearing on the Order to Show Cause if one proceeds. The Post Mediation Status Conference scheduled for March 9, 2020 at 11:30 a.m. is taken off calendar.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | cw |