UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV19-00793 JAK (GJSx) | Date | April 17, 2020 |
| Title | Brian Montgomery v. YRC, Inc., et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) ORDER DISMISSING DEFENDANT YRC, INC. (DKT. 40)
JS-6**

An Order to Show Cause re Dismissal for Lack of Prosecution was issued on March 4, 2020. It required Plaintiff to respond in writing no later than March 23, 2020 as to why this action should not be dismissed for lack of prosecution and failure to comply with prior orders. Dkt. 40 at 1. A hearing on the Order to Show Cause was set for March 30, 2020, *id.*, but was taken under submission pursuant to the Continuity of Operations ("COOP") Plan for the Central District of California on March 24, 2020. Dkt. 41. There has been no response filed to the Order to Show Cause. Therefore, Defendant YRC, Inc. is dismissed with prejudice for lack of prosecution and failure to comply with the prior orders. Because Defendant Teamsters 63 has been dismissed with prejudice (Dkt. 34), this matter is closed.

**IT IS SO ORDERED.**

                                                                                      :
Initials of Preparer         cw